Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−28795−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tara A DeLorme
  315 Eastern Blvd
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−3139

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on October 2, 2019 and a confirmation hearing on such Plan has been scheduled for December 4, 2019.

The debtor filed a Modified Plan on November 24, 2019 and a confirmation hearing on the Modified Plan is scheduled for January 15, 2020 @ 10:00. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 26, 2019
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-28795-CMG
Tara A DeLorme                                                       Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Nov 26, 2019
                              Form ID: 186             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             +Tara A DeLorme,    315 Eastern Blvd,    Bayville, NJ 08721-2963
518493251      +Berkeley Twp,    42 Station Road,    Bayville, NJ 08721-2129
518493252      +Best Buy Credit Services,    Citibank,    P.O. Box 790441,    Saint Louis, MO 63179-0441
518493255      +DeNoia & Tambasco LLC,    501 Main Street,    Toms River, NJ 08753-7419
518493256      +Inbox Loan,    P.O. Box 881,    Santa Rosa, CA 95402-0881
518493257      +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
518493259      +Mercury Card Services,    P.O. Box 84064,    Columbus, GA 31908-4064
518493261      +NJ Natural Gas,    P.O. Box 1378,    Wall, NJ 07719-1378
518516242      +NJ Natural Gas Co,    1415 Wykoff Rd,    POB 1378,    Wall, NJ 07719-1378
518493262      +NRG Home Solar,    P.O. Box 121122,    Dallas, TX 75312-1122
518534266      +Navient Solutions, LLC. on behalf of,    American Student Assistance,    PO BOX 16129,
                 St. Paul, MN 55116-0129
518493264      +PAM, LLC-PA Turnpike,    P.O. Box 1520,    Milwaukee, WI 53201-1520
518493266      +PennyMac Loan Services,    P.O. Box 514387,    Los Angeles, CA 90051-4387
518556380      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
518493268      +Target,    Bankruptcy Dept,    P.O. Box 1327,    Minneapolis, MN 55440-1327
518525192      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518493250      +E-mail/Text: g20956@att.com Nov 27 2019 00:24:28     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
518493249      +E-mail/Text: kristin.villneauve@allianceoneinc.com Nov 27 2019 00:21:45     Alliance One,
                 4850 Street Rd, Ste 300,    Trevose, PA 19053-6643
518493253      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 00:31:07     Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
518493254      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2019 00:29:14     Credit One,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
518506789      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2019 00:30:32     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518570891       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 27 2019 00:24:14     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518510719       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 27 2019 00:30:14     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518493258      +E-mail/Text: bankruptcy@ldf-holdings.com Nov 27 2019 00:24:33     Loan At Last,
                 Niizhwaaswi, LLC,    P.O. Box 1193,    Lac Du Flambeau, WI 54538-1193
518493260      +E-mail/PDF: pa_dc_ed@navient.com Nov 27 2019 00:29:12     Navient/Dept of Ed,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
518493263      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 00:23:43     Overstock,    Comenity Bank,
                 P.O. Box 659450,    San Antonio, TX 78265-9450
518493265      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:29:51     Paypal/Synchrony Bank,
                 Bankruptcy Department,    P.O. Box 5138,    Timonium, MD 21094-5138
518494969      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:29:52     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518493269       E-mail/Text: vci.bkcy@vwcredit.com Nov 27 2019 00:24:09     Volkswagen Credit,    Dept 129601,
                 P.O. Box 67000,    Detroit, MI 48267
518493270      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 00:23:44     Wayfair,    Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182273,    Columbus, OH 43218-2273
518493271      +E-mail/Text: documentfiling@lciinc.com Nov 27 2019 00:21:40     Xfinity/Comcast,
                 P.O. Box 3001,    Southeastern, PA 19398-3001
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518493267     ##+Raymour & Flanigan,    c/o Wells Fargo Bank,    P.O. Box 10475,    Des Moines, IA 50306-0475
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 186             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Steven J. Abelson    on behalf of Debtor Tara A DeLorme sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                             TOTAL: 4
```