Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:   19−28795−CMG
        Chapter:   13
        Judge:   Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara A DeLorme
   315 Eastern Blvd
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−3139

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

   Notice is hereby given that a Plan was confirmed in this matter on February 11, 2020.

   On 04/19/2021 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              May 19, 2021
Time:            10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 19, 2021
JAN: mjb

                                                                                 Jeanne Naughton
                                                                                 Clerk