Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−28795−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara A DeLorme
   315 Eastern Blvd
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−3139

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 11, 2020.

On 04/19/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           May 19, 2021
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 19, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28795-CMG
Tara A DeLorme  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Apr 19, 2021  Form ID: 185  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara A DeLorme, 315 Eastern Blvd, Bayville, NJ 08721-2963 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 518671137 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 518493251 | + | Berkeley Twp, 42 Station Road, Bayville, NJ 08721-2129 |
| 518493255 | + | DeNoia & Tambasco LLC, 501 Main Street, Toms River, NJ 08753-7419 |
| 518838866 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518838867 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518493256 | + | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 518493257 | + | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518493259 | + | Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 518493261 | + | NJ Natural Gas, P.O. Box 1378, Wall, NJ 07719-1378 |
| 518516242 | + | NJ Natural Gas Co, 1415 Wykoff Rd, POB 1378, Wall, NJ 07719-1378 |
| 518493262 | + | NRG Home Solar, P.O. Box 121122, Dallas, TX 75312-1122 |
| 518534266 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 518493264 | + | PAM, LLC-PA Turnpike, P.O. Box 1520, Milwaukee, WI 53201-1520 |
| 518493266 | + | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 518610968 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518493267 | + | Raymour & Flanigan, c/o Wells Fargo Bank, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 518556380 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518493268 | + | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 518525192 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2021 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2021 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518493250 | + | Email/Text: g20956@att.com | Apr 19 2021 20:48:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518493249 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 19 2021 20:47:00 | Alliance One, 4850 Street Rd, Ste 300, Trevose, PA 19053-6643 |
| 518493252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2021 22:14:48 | Best Buy Credit Services, Citibank, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 518493253 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 19 2021 22:14:40 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518493254 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2021 22:12:44 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518506789 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 19 2021 22:13:51 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 518570891 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2021 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518510719 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2021 22:13:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518493258 | + Email/Text: bankruptcy@ldf-holdings.com | Apr 19 2021 20:48:00 | Loan At Last, Niizhwaaswi, LLC, P.O. Box 1193, Lac Du Flambeau, WI 54538-1193 |
| 518493260 | + Email/PDF: pa_dc_ed@navient.com | Apr 19 2021 22:13:47 | Navient/Dept of Ed, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 518493263 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2021 20:48:00 | Overstock, Comenity Bank, P.O. Box 659450, San Antonio, TX 78265-9450 |
| 518493265 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2021 22:13:39 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 5138, Timonium, MD 21094-5138 |
| 518601320 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518601319 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518609655 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2021 22:14:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518494969 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2021 22:13:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518493269 | Email/Text: vci.bkcy@vwcredit.com | Apr 19 2021 20:48:00 | Volkswagen Credit, Dept 129601, P.O. Box 67000, Detroit, MI 48267 |
| 518493270 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2021 20:48:00 | Wayfair, Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 518493271 | + Email/Text: documentfiling@lciinc.com | Apr 19 2021 20:47:00 | Xfinity/Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2021　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2021 | Form ID: 185 | Total Noticed: 42 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Steven J. Abelson | on behalf of Debtor Tara A DeLorme sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 8