Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.: 19−28795−CMG
                                          Chapter: 13
                                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara A DeLorme
   315 Eastern Blvd
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−3139

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 21, 2021.

Dated: May 21, 2021
JAN: dmi

                                                                                            Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Tara A DeLorme  
    Debtor

Case No. 19-28795-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 21, 2021      Form ID: plncf13      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara A DeLorme, 315 Eastern Blvd, Bayville, NJ 08721-2963 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 518671137 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 518493251 | + | Berkeley Twp, 42 Station Road, Bayville, NJ 08721-2129 |
| 518493255 | + | DeNoia & Tambasco LLC, 501 Main Street, Toms River, NJ 08753-7419 |
| 518838866 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518838867 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518493256 | + | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 518493257 | + | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518493259 | + | Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 518493261 | + | NJ Natural Gas, P.O. Box 1378, Wall, NJ 07719-1378 |
| 518516242 | + | NJ Natural Gas Co, 1415 Wykoff Rd, POB 1378, Wall, NJ 07719-1378 |
| 518493262 | + | NRG Home Solar, P.O. Box 121122, Dallas, TX 75312-1122 |
| 518534266 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 518493264 | + | PAM, LLC-PA Turnpike, P.O. Box 1520, Milwaukee, WI 53201-1520 |
| 518493266 | + | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 518610968 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518493267 | + | Raymour & Flanigan, c/o Wells Fargo Bank, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 518556380 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518493268 | + | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 518525192 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2021 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2021 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518493250 | + | Email/Text: g20956@att.com | May 21 2021 21:36:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518493249 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 21 2021 21:33:00 | Alliance One, 4850 Street Rd, Ste 300, Trevose, PA 19053-6643 |
| 518493252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 21:56:00 | Best Buy Credit Services, Citibank, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 518493253 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 21:56:43 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518493254 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2021 21:56:45 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518506789 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:57:51 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 518570891 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 21:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518510719 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2021 21:56:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518493258 | + | Email/Text: bankruptcy@ldf-holdings.com | May 21 2021 21:36:00 | Loan At Last, Niizhwaaswi, LLC, P.O. Box 1193, Lac Du Flambeau, WI 54538-1193 |
| 518493260 | + | Email/PDF: pa_dc_ed@navient.com | May 21 2021 21:57:45 | Navient/Dept of Ed, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 518493263 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | Overstock, Comenity Bank, P.O. Box 659450, San Antonio, TX 78265-9450 |
| 518493265 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 21:57:30 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 5138, Timonium, MD 21094-5138 |
| 518601320 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518601319 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518609655 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 21:56:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518494969 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 21:55:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518493269 | | Email/Text: vci.bkcy@vwcredit.com | May 21 2021 21:36:00 | Volkswagen Credit, Dept 129601, P.O. Box 67000, Detroit, MI 48267 |
| 518493270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | Wayfair, Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 518493271 | + | Email/Text: documentfiling@lciinc.com | May 21 2021 21:33:00 | Xfinity/Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: plncf13 | Total Noticed: 42 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Steven J. Abelson | on behalf of Debtor Tara A DeLorme sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 8