UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-1118

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Loan Services, LLC

|  |  |
|---|---|
| In Re: <br><br> Tara A. DeLorme | Case No.: 19-28795-CMG <br><br> Hearing Date: September 1, 2021 <br><br> Judge: Honorable Christine M. Gravelle <br><br> Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

    ☒ represent the  creditor  in the above captioned matter.

    ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 31, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 31, 2021

           */s/ William M. E. Powers III*
           William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Steven J. Abelson, Esquire<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ   07728 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Tara A. DeLorme<br>315 Eastern Boulevard<br>Bayville, NJ  08721 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.