UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-1118

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on September 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tara A. DeLorme

Case No.:  19-28795-CMG

Hearing Date: September 1, 2021

Judge:  Honorable Christine M. Gravelle

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: September 8, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 19-28795-CMG    Doc 63    Filed 09/08/21    Entered 09/08/21 08:22:51    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Tara A. DeLorme
Case No.: 19-28795-CMG
Caption of Order:           ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through August 1, 2021, in the sum of $5,511.20 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $1,837.07 | (06/01/2021 - 08/01/2021) | = | $5,511.21 |
| | Funds in Suspense | | | | $0.01 |
| | Arrears to Cure: | | | = | $5,511.20 |

2. Debtor(s) shall make an immediate payment of $2,400.00.

3. Debtor(s) shall make a payment of $900.00 on or before September 10, 2021.

4. Debtor(s) shall resume regular monthly mortgage payments starting on September 1, 2021.

5. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $368.53 in addition to debtor's regular monthly mortgage payment for a period of five (5) months starting October 1, 2021 though February 1, 2022, and then on March 1, 2022 the debtor shall make one (1) payment of $368.55 in addition to the debtor's regular monthly payment.

6. The mortgagee is awarded a counsel fee and costs of $688.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.