UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-1118

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on September 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tara A. DeLorme

Case No.:   19-28795-CMG

Hearing Date: September 1, 2021

Judge:   Honorable Christine M. Gravelle

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING
## FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)      is

hereby **ORDERED**.

**DATED: September 8, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtor: Tara A. DeLorme

Case No.:  19-28795-CMG

Caption of Order:                ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1.    Debtor(s) shall commence curing post petition arrears through  August 1, 2021, in the sum of $5,511.20  which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $1,837.07 | (06/01/2021 - 08/01/2021) | = | $5,511.21 |
| | Funds in Suspense | | | | $0.01 |
| | Arrears to Cure: | | | = | $5,511.20 |

2.    Debtor(s) shall make an immediate payment of $2,400.00.

3.    Debtor(s) shall make a payment of $900.00 on or before September 10, 2021.

4.    Debtor(s) shall resume regular monthly mortgage payments starting on September 1, 2021.

5.    Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $368.53 in addition to debtor's regular monthly mortgage payment for a period of five (5) months starting October 1, 2021 though February 1, 2022, and then on March 1, 2022 the debtor shall make one (1) payment of $368.55 in addition to the debtor's regular monthly payment.

6.    The mortgagee is awarded a counsel fee and costs of $688.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7.    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

8.    The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-28795-CMG

Tara A DeLorme                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Sep 08, 2021                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

**Recip ID            Recipient Name and Address**
db                 +  Tara A DeLorme, 315 Eastern Blvd, Bayville, NJ 08721-2963

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed
below:**

**Name                        Email Address**

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                            docs@russotrustee.com

Denise E. Carlon
                            on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                            on behalf of Creditor VW Credit  Inc. bk@stewartlegalgroup.com

Steven J. Abelson
                            on behalf of Debtor Tara A DeLorme sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 08, 2021                          Form ID: pdf903                            Total Noticed: 1

William M. E. Powers, III

        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers

        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III

        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com


TOTAL: 9