**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tara A DeLorme<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3139<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–28795–CMG | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Tara A DeLorme

<u>5/30/23</u>                                                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 19-28795-CMG
Tara A DeLorme                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                             User: admin                                          Page 1 of 3
Date Rcvd: May 30, 2023                                Form ID: 3180W                                Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara A DeLorme, 315 Eastern Blvd, Bayville, NJ 08721-2963 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 518671137 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 518493251 | + | Berkeley Twp, 42 Station Road, Bayville, NJ 08721-2129 |
| 518493255 | + | DeNoia & Tambasco LLC, 501 Main Street, Toms River, NJ 08753-7419 |
| 518493261 | + | NJ Natural Gas, P.O. Box 1378, Wall, NJ 07719-1378 |
| 518516242 | + | NJ Natural Gas Co, 1415 Wykoff Rd, POB 1378, Wall, NJ 07719-1378 |
| 518493262 | + | NRG Home Solar, P.O. Box 121122, Dallas, TX 75312-1122 |
| 518534266 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 518493260 | + | Navient/Dept of Ed, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 518493264 | + | PAM, LLC-PA Turnpike, P.O. Box 1520, Milwaukee, WI 53201-1520 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2023 22:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2023 22:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518493250 | + | EDI: CINGMIDLAND.COM | May 31 2023 02:35:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 519248455 | | EDI: ATLASACQU | May 31 2023 02:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518493249 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 30 2023 22:48:00 | Alliance One, 4850 Street Rd, Ste 300, Trevose, PA 19053-6643 |
| 518493252 | + | EDI: CITICORP.COM | May 31 2023 02:35:00 | Best Buy Credit Services, Citibank, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 518493253 | + | EDI: CAPITALONE.COM | May 31 2023 02:35:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518493254 | + | Email/PDF: creditonebknotifications@resurgent.com | May 30 2023 22:47:46 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518506789 | + | EDI: AIS.COM | May 31 2023 02:35:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518838866 | | Email/Text: ECMCBKNotices@ecmc.org | May 30 2023 22:49:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518838867 | | Email/Text: ECMCBKNotices@ecmc.org | May 30 2023 22:49:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518493256 | + | Email/Text: notice@inboxloan.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 30 2023 22:48:00 | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 518493257 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 30 2023 22:48:00 | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518570891 | | EDI: JEFFERSONCAP.COM | May 31 2023 02:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518510719 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2023 22:47:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518493258 | + | Email/Text: bankruptcy@ldf-holdings.com | May 30 2023 22:49:00 | Loan At Last, Niizhwaaswi, LLC, P.O. Box 1193, Lac Du Flambeau, WI 54538-1193 |
| 518493259 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 30 2023 22:48:00 | Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 518493263 | + | EDI: WFNNB.COM | May 31 2023 02:35:00 | Overstock, Comenity Bank, P.O. Box 659450, San Antonio, TX 78265-9450 |
| 518493265 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 5138, Timonium, MD 21094-5138 |
| 518493266 | + | Email/PDF: ebnotices@pnmac.com | May 30 2023 23:00:22 | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 518610968 | + | Email/PDF: ebnotices@pnmac.com | May 30 2023 23:01:49 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518601320 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518601319 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518493267 | + | EDI: WFFC.COM | May 31 2023 02:35:00 | Raymour & Flanigan, c/o Wells Fargo Bank, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 518609655 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518494969 | + | EDI: RMSC.COM | May 31 2023 02:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518556380 | + | EDI: CBSTDR | May 31 2023 02:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518493268 | + | EDI: WTRRNBANK.COM | May 31 2023 02:35:00 | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 518493269 | | Email/Text: vci.bkcy@vwcredit.com | May 30 2023 22:49:00 | Volkswagen Credit, Dept 129601, P.O. Box 67000, Detroit, MI 48267 |
| 518525192 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | May 30 2023 22:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518493270 | + | EDI: WFNNB.COM | May 31 2023 02:35:00 | Wayfair, Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 518493271 | + | EDI: COMCASTCBLCENT | May 31 2023 02:35:00 | Xfinity/Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Steven J. Abelson | on behalf of Debtor Tara A DeLorme sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 9