UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON LAW OFFICES**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on July 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
TARA DeLORME

Case No.: 19-28795
Adv. No.:

Hearing Date: 7/5/23

JUDGE: HON. CHRISTINE M. GRAVELLE

## ORDER REJECTING LEASE, ENFORCING AUTOMATIC STAY AND DEEMING PROPERTY ABANDONED

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 7, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER REJECTING LEASE, ENFORCING AUTOMATIC STAY AND DEEMING
PROPERTY ABANDONED

**CASE NUMBER**:  19-28795

**DATE OF HEARING**: 7/5/23

**JUDGE**: HON.  CHRISTINE M. GRAVELLE
-----------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court by the Debtor through their counsel (Steven J.

Abelson, Esq. with notice having been given and  for good cause shown:

IT IS ORDERED as follows:

1) The Debtors lease with NRG Solar as assigned to Spruce Juniper is hereby rejected.

2) The creditor Spruce Juniper shall comply with the provisions of 11 U.S.C. sec. 362(a)

and sec. 524(a) as may be applicable and cease any and all collection efforts of the

outstanding balance due on the solar panel lease.

3)   Spruce Juniper shall remove the solar panels from the Debtor's property within thirty

(30) days or said property shall be deemed abandoned and Debtor may dispose of same

within her sole discretion.